# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | Case No. 2:06-cr-122(1) |
| vs. : | JUDGE ALGENON L. MARBLEY |
| BRIAN S. LAYTON : | |
| Defendant. : | |

## ORDER

On June 13, 2008, the Magistrate Judge issued a *Report and Recommendation* pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant Brian S. Layton's guilty plea. Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11(b). Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact. Although Defendant was specifically informed of his right to contest the *Report and Recommendation* and the consequences of his failure to do so, he did not object. Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's plea of guilty to count one of the indictment.

**IT IS SO ORDERED.**

        s/Algenon L. Marbley
        **ALGENON L. MARBLEY**
        **UNITED STATES DISTRICT COURT**

**Dated: June 23, 2008**